IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ROBERT MURPHY                                                                                    PLAINTIFF

v.                                          4:06CV01619 WRW/JTR

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                                          DEFENDANT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge J. Thomas Ray. There have been no objections. After careful review, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted, in their entirety, as the Court's findings in all respects.

IT IS THEREFORE ORDERED that Defendant's Motion to Dismiss (docket entry #5) is GRANTED; all other pending Motions are rendered MOOT; and, the case is hereby DISMISSED, WITH PREJUDICE. Judgment shall be entered accordingly.

DATED this 20th day of May, 2008.

UNITED STATES DISTRICT JUDGE