IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ROBERT MURPHY                                                                PLAINTIFF

v.                                        4:06CV01619 WRW/JTR

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                      DEFENDANT

## JUDGMENT

Pursuant to the Order filed this date, IT IS CONSIDERED, ORDERED, AND ADJUDGED that this case be DISMISSED, WITH PREJUDICE. The relief sought is DENIED.

Dated this 20th day of May, 2008.

_____
UNITED STATES DISTRICT JUDGE